In the Matter of the Final Judicial Settlement of the Account of Nehemiah Hayden, as Executor, etc., of Henry Allen, Deceased, by William A. Skidmore and Sarah H. Hayden, as Executors, etc., of Nehemiah Hayden, Deceased. Sarah H. Hayden, Individually and as Executrix, etc., of Nehemiah Hayden, Deceased, and Others, Appellants; Phebe Amelia Doncourt, Petitioner, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings of Bertram B. Machat, Respondent, v. Philip M. Bromberg, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that in the absence of the judgment record and of the affidavit upon which the order for examination in supplementary proceedings was obtained, the question raised by the appellant upon this appeal cannot be determined. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Abraham Lapidus, Appellant, v. Gustave M. Franklin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Alfred P. Lyon, Respondent, v. William E. Ward, Doing Business under the Name and Style of McLeod, Ward & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., dissented.

Katherina Mangold, Respondent, v. Stephen Burkard and Henry Schmidt, Composing and Doing Business under the Firm Name of Burkard & Schmidt, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John Klein, as Trustee in Bankruptcy of Samuel Gallin, Bankrupt, Appellant, v. Samuel Gallin, Defendant, Impleaded with Louis Grossman and Harry Goldfisch, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

John Klein, as Trustee in Bankruptcy of Samuel Gallin, Bankrupt, Respondent, v. Tobias Krakower and Others, Appellants, Impleaded with Samuel Gallin.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Commercial Bank* v. *Sherwood* (162 N. Y. 310). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank Kresse, Respondent, v. Julia Kresse, Appellant.— Interlocutory judgment affirmed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George S. Mawhinney, Respondent, v. Abraham Wolf, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

William McArthur, Appellant, v. Silvio Hein, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.